Howard Robert MILLER, Appellant, v. UNITED STATES of America, Appellee.

No. 10609.

Circuit Court of Appeals, Ninth Circuit. April 10, 1944.

Clarence E. Rust, of Oakland, Cal., for appellant.

Frank J. Hennessy, U. S. Atty., and Joseph Karesh, Asst. U. S. Atty., both of San Francisco, Cal., for appellee.

Before GARRECHT, DENMAN, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, and good cause therefor appearing, it is ordered that the appeal in this cause be dismissed, that a judgment be filed and entered accordingly and that the mandate of this Court in this cause issue forthwith.

Richard Thomas MYERS, Appellant, v. UNITED STATES of America.

No. 12494.

Circuit Court of Appeals, Eighth Circuit. March 27, 1944.

Ralph M. Russell, of Kansas City, Mo., for appellant.

Maurice M. Milligan, U. S. Atty., and Thomas A. Costolow, Asst. U. S. Atty., both of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellee.

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. ARBYRD COMPRESS CO., Inc.

No. 12838.

Circuit Court of Appeals, Eighth Circuit. March 27, 1944.

Alvin J. Rockwell, Gen. Counsel, National Labor Relations Board, and Howard Lichtenstein, Asst. Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

Elbert L. Ford, of Kennett, Mo., for respondent.

PER CURIAM.

Order of National Labor Relations Board enforced, on petition for enforcement and stipulation of parties for consent decree.